911 A.2d 64

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. DARRYL A. HAMMARY, DEFENDANT–
PETITIONER.

November 9, 2006.

ORDERED that the petition for certification is granted, limited solely to the sentencing issue raised by defendant, and the matter is summarily remanded to the trial court for resentencing in light of *State v. Natale,* 184 *N.J.* 458, 878 *A.*2d 724 (2005).

911 A.2d 65

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. J.R., DEFENDANT–PETITIONER.

November 9, 2006.

ORDERED that the petition for certification is granted, limited solely to the sentencing issue raised by defendant, and the matter is summarily remanded to the trial court for resentencing in light of *State v. Natale,* 184 *N.J.* 458, 878 *A.*2d 724 (2005) and *State v. Thomas* 188 *N.J.* 137, 902 *A.*2d 1185 (2006).

911 A.2d 65

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
RAMON SANCHEZ, DEFENDANT–PETITIONER.

November 9, 2006.

ORDERED that the petition for certification is granted, limited solely to the sentencing issue raised by defendant, and the matter is summarily remanded to the trial court for resentencing in light

of *State v. Natale,* 184 *N.J.* 458, 878 *A.*2d 724 (2005) and *State v. Pierce,* 188 *N.J.* 155, 902 *A.*2d 1195 (2006).

911 A.2d 65

JOHN DAIDONE AND LAURA DAIDONE, HIS WIFE, PLAIN-
TIFFS–PETITIONERS, v. BUTERICK BULKHEADING
INC., ET AL., DEFENDANTS–RESPONDENTS.

November 15, 2006.

Granted.

911 A.2d 65

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
JERRERD MILLARD, DEFENDANT–PETITIONER.

November 15, 2006.

ORDERED that the petition for certification is granted, limited solely to the sentencing issue raised by defendant, and the matter is summarily remanded to the trial court for resentencing in light of *State v. Natale,* 184 *N.J.* 458, 878 *A.*2d 724 (2005).

911 A.2d 66

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. PETER
N. TARDIBUONO, DEFENDANT–PETITIONER.

November 21, 2006.

This matter having come before the Court on a petition for certification from the final judgment of the Appellate Division, and